Pears et al. v. Bache, Executor of Richards.

---

PEARS AND ANOTHER v. BACHE, EXECUTOR OF RICHARDS.

Where a judgment is of fifty years' standing, a *scire facias* issued upon it, without permission of the court, will be quashed. The motion to issue a *scire facias* is a motion of course, and no notice need be given to the opposite party.

---

This was a motion to set aside a *scire facias* on a judgment. Judgment was obtained August 14th, 1741. May, 1791, a *scire facias* issued, returnable in this term, against the grantees in fee, not naming them. The judgment was thirty-four years antecedent to the grant, and fifty years before the first *scire facias*. It was contended by *Leake*, for the motion, that the proceedings were irregular and ought to be quashed.

PER CUR. Unanimously. Let the writ be quashed.

[207] *Stockton* moved *instanter* for leave to issue a *sci. fa.*

*Leake* and *Aaron Ogden* opposed an absolute rule, and insisted it should be a rule to show cause. *Bagnall* v. *Gray*, 2 *Bl. Rep.* 1140 ; 2 *Bl. Rep.* 995, were cited.

They contended that notice to the ter-tenants was necessary, and that issuing the writ was not of course. It is analogous to the case of a warrant of attorney ; the court will presume the judgment to have been satisfied.

*Stockton* said it was a motion of course. *Imp. C. P.* 482.

*Leake, contra,* cited *Imp. C. P.* 484.

*Stockton.* The only notice required is after the writ has issued, in order to entitle plaintiff to execution.

PER CUR. Let the *scire facias* issue.